# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **ELECTRO SCIENTIFIC INDUSTRIES, INC.,** an Oregon corporation, and **ELECTRO SCIENTIFIC INDUSTRIES EUROPE LIMITED,** an English corporation, <br><br> Plaintiffs, <br> v. <br><br> **SD ACQUISITION, INC.**, a Nebraska corporation, d/b/a CETAC and d/b/a CETAC Technologies, <br><br> Defendant. | **CASE NO. 8:11CV382** <br><br> **RECUSAL ORDER** |

This matter is before the Court on the Court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify [her]self in any proceeding in which [her] impartiality might reasonably be questioned." Upon review of the Court file in the above-designated case, the undersigned Judge shall, and hereby does, recuse herself from the above-designated case pursuant to 28 U.S.C. § 455(a).

IT IS SO ORDERED.

DATED this 10th day of November, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge